IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. 04-00400-01 HG |
| | ) | |
| Plaintiff, | ) | REPORT AND RECOMMENDATION |
| vs. | ) | CONCERNING PLEA OF GUILTY |
| | ) | |
| SHAM VIERRA (01), | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

        The defendant, by consent, has appeared before me pursuant
to Rule 11, Fed.R.Crim.P., and has entered a plea of guilty to Count 1
of the Indictment.  After examining the defendant under oath, I
determined that the defendant is fully competent and capable of
entering an informed plea, that the guilty plea was intelligently,
knowingly and voluntarily made, and that the offense charged is
supported by an independent basis in fact establishing each of the
essential elements of such offense.  I further determined that the
defendant intelligently, knowingly and voluntarily waived the right to
appeal or collaterally attack the sentence except as provided in the
plea agreement.  I therefore recommend that the plea of guilty be
accepted and that the defendant be adjudged guilty and have sentence
imposed accordingly.

        IT IS SO RECOMMENDED.

        DATED: Honolulu, Hawai'i, January 18, 2006.

GUILTY.R&R-PA



_Leslie E. Kobayashi_

Leslie E. Kobayashi
United States Magistrate Judge

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.  28 U.S.C. § 636(b)(1)(B).

U.S.A. vs. SHAM VIERRA; CR NO. 04-00400-01 HG; REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY