EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NOS. 04-00400-01 HG |
| --- | --- | --- |
|  | ) | 06-00006-01 HG |
| Plaintiff, | ) |  |
|  | ) | GOVERNMENT'S SENTENCING |
| vs. | ) | STATEMENT |
|  | ) |  |
| SHAM VIERRA,  (01), | ) |  |
|  | ) | Date:  May 18, 2006 |
| Defendant. | ) | Judge: Hon. Helen Gillmor |

GOVERNMENT'S SENTENCING STATEMENT

      The government has no objections to the proposed pre-sentence report.

      DATED:  March 29, 2006, at Honolulu, Hawaii.

                           EDWARD H. KUBO, JR.
                           United States Attorney
                           District of Hawaii

                           By /s/ Thomas Muehleck
                              THOMAS MUEHLECK
                              Assistant U.S. Attorney

CERTIFICATE OF SERVICE

        I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

| | |
|---|---|
| Mr. Samuel P. King, Jr.<br>Attorney at Law<br>345 Queen St., Suite 304<br>Honolulu, HI 96813 | March 29, 2006 |

  Attorney for Defendant
  Sham Vierra

Served by hand-delivery:

| | |
|---|---|
| Probation Officer<br>300 Ala Moana Blvd.,<br>Box 50111, Rm. C-126<br>Honolulu, HI  96850 | March 29, 2006 |

                                          /s/ Rowena N. Kang