ORIGINAL

SAMUEL P. KING, JR. 1396
735 Bishop Street, Suite 304
Honolulu, Hawaii 96813
Tel. No. 521-6937

Attorney for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 01 2006

at __3__ o'clock and __25__ min. __P__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 04-00400-01 HG |
| | ) Cr. No. 06-00006-01 HG |
| vs. | ) |
| | ) |
| SHAM VIERRA, | ) |
| | ) DEFENDANT'S SENTENCING |
| Defendant. | ) STATEMENT |
| | ) |

DEFENDANT'S SENTENCING STATEMENT

Defendant hereby states for his Sentencing Statement in response to the Proposed Presentence Report as follows:

1. With respect to paragraph 37, Defendant disagrees with a 2 level enhancement for manager role under Guideline 3B1.1(c). While Defendant did admittedly obtain and sell drugs, he did not control or manage anyone either up or down the distribution chain in any significant manner.

2. With respect to paragraph 58, Defendant believes the proper calculation for criminal history points for his prior Theft conviction is 2 points, not the 3 point calculation shown in the PPR. This would cause the total criminal history points to be 6 in paragraph 63 and place Defendant in criminal history Category III rather than IV. This is turn causes the advisory guideline range to be based on criminal history Category III in paragraph 83, producing a guideline range of 210-262 at level 35 and 168-210 at level 33 (if there is no 2 level enhancement for manager role).

CERTIFICATE OF SERVICE ATTACHED

3. With respect to paragraph 68, Defendant has makes the correction that his mother is 68 years old.

4. Defendant has provided significant cooperation to the Government and expects that the Government will make an appropriate downward departure motion.

DATED: Honolulu, Hawaii, April 28, 2006.

_____
SAMUEL P. KING, JR.
Attorney for Defendant

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served upon the United States Attorney at 300 Ala Moana Blvd., Honolulu, Hawaii, on April 28, 2006.

DATED: Honolulu, Hawaii, April 28, 2006.

_____
SAMUEL P. KING, JR.
Attorney for Defendant