# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

June 7, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR. 04-00400HG

CASE NAME:         U.S.A. vs. (01) SHAM VIERRA

ATTYS FOR PLA:     Kenneth M. Sorenson

ATTYS FOR DEFT:    Samuel P. King, Jr.

U.S.P.O.:          Rosanne T. Donohoe

---

JUDGE:   Helen Gillmor          REPORTER:   Stephen Platt

DATE:    June 7, 2006           TIME:       11:00 - 11:05

---

COURT ACTION:   SENTENCING TO COUNT 1 OF THE INDICTMENT -

The defendant is present in custody

Mr. King informed the Court that the defendant has cooperated and anticipated a Motion for Downward Departure, which has not been filed.  He called Mr. Sorenson this morning with this information.

Mr. Sorenson informed the Court that he was recently assigned this case and upon receipt of Mr. King's call this morning, he immediately spoke with FBI Agent Joel Rudow who confirmed the defendant's cooperation.   The Government's Oral Motion for Continuance of Sentencing to allow time to contact Mr. Muehleck and inquire whether a Motion for Downward Departure should be filed is GRANTED.

The sentencing is continued to July 20, 2006 @ 11:00 a.m.

The Court ordered that any Motion for Downward Departure be filed no later than 14 days before sentencing.

Submitted by: David H. Hisashima, Courtroom Manager