# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

07/20/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 04-00400HG and CR. 06-00006HG |
| CASE NAME: | U.S.A. v. (01) SHAM VIERRA |
| ATTYS FOR PLA: | Kenneth M. Sorenson |
| ATTYS FOR DEFT: | Samuel P. King, Jr. |
| | Joel Rudow, Case Agent, FBI |
| U.S.P.O: | Rosanne T. Donohoe |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | July 20, 2006 | TIME: | 11:00 - 11:45 |
| | | MOTION | 10 min. |
| | | SENTENCING | 35 min. |

COURT ACTION: SENTENCING AS TO COUNT 1 OF THE INDICTMENT AS TO DEFENDANT (01) SHAM VIERRA
SENTENCING AS TO COUNT 1 OF THE INFORMATION
GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE IN SENTENCING

The defendant is present in custody.

Joel Rudow CST.

The Memorandum of Plea Agreement is accepted.
The Government's Motion for Downward Departure is GRANTED.
Allocution by the defendant.

ADJUDGED: Impr of 135 mos. as to Count 1 of the Indictment in CR 04-00400HG-01and 120 months as to Count 1 of a one count Information in CR 06-00006HG-01, with both terms to be served concurrently.

SUPERVISED RELEASE: 5 yrs. as to Count 1 of the Indictment in CR 04-00400HG-01and 3 years as to Count 1 of a one count Information in CR 06-00006HG-01, with both terms to be served concurrently, upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

7. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

  Special Assessment: $200.00 ($100.00 as to Count 1 of the Indictment in CR 04-00400HG-01and $100.00 as to the Count 1 of a one count Information in CR 06-00006HG-01)
  Advised of rights to appeal the sentence, etc.
  RECOMMENDATIONS: Terminal Island, CA.  That the defendant participate in drug treatment and educational/vocational training programs.
  Government's Oral Motion to Dismiss Counts 4, 5, 6, 7 & 8 of the Indictment as to this defendant is GRANTED.

Submitted by: Mary Rose Feria, Courtroom Manager
Submitted by: David H. Hisashima, Courtroom Manager