EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  #2286
Chief, Drug/Organized Crime Section

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00400-01 HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| | ) | |
| SHAM VIERRA,      (01) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER FOR DISMISSAL

      Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against Defendant SHAM VIERRA on the grounds that the

defendant pled guilty to an Information, Cr. No. 06-00006 HG, on January 18, 2006 and was sentenced on July 20, 2006.

DATED:  August 29, 2006, at Honolulu, Hawaii.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii


By  /s/ Florence T. Nakakuni
for KENNETH M. SORENSON
   Assistant U.S. Attorney


Leave of court is granted for the filing of the foregoing dismissal.

DATED:  Honolulu, Hawaii, September 14, 2006.



   /s/ Helen Gillmor
Chief United States District Judge


UNITED STATES v. SHAM VIERRA
Cr. No. 04-00400-01 HG
"Order for Dismissal"

2