EDWARD H. KUBO, JR. #2499  
United States Attorney  
District of Hawaii  

KENNETH M. SORENSON  
Assistant U.S. Attorney  
Room 6100, PJKK Federal Building  
300 Ala Moana Boulevard  
Honolulu, Hawaii  96850  
Telephone:  (808) 541-2850  
Facsimile:  (808) 541-2958  
Email:  Ken.Sorenson@usdoj.gov  

Attorneys for Plaintiff  
UNITED STATES OF AMERICA  

IN THE UNITED STATES DISTRICT COURT  

FOR THE DISTRICT OF HAWAII  

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00400-01 HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| SHAM VIERRA,       (01) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

      I hereby certify that the Order to Order for Dismissal was signed on September 14, 2006 and filed on September 15, 2006 and was served on the following counsel on September 18, 2006:

Served by First Class mail:

    Samuel King, Jr., Esq.
    735 Bishop Street
    Suite 304
    Honolulu, HI   96813

    Attorney for Defendant
    SHAM VIERRA

    DATED:  September 18, 2006, at Honolulu, Hawaii.


                                                               /s/ Dawn M. Aihara