

U.S. Department of Justice

Federal Bureau of Prisons

---

CORRESPONDENCE

*Designation & Sentence Computation Center*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051*

August 31, 2006

The Honorable Helen Gillmor
Chief Judge of the U.S. District Court
   for the District of Hawaii
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850

**RECEIVED**
CLERK, U.S. DISTRICT COURT

SEP 1 1 2006

DISTRICT OF HAWAII

**Re:  VIERRA, Sham K.**
      Reg. No. 91711-022
      Docket No. 1:06-00006-001 & 1:04CR00400-001

Dear Chief Judge Gillmor:

     This is in response to the Court's recommendation that
Sham K. Vierra serve his term of confinement at the Terminal
Island facility in San Pedro, California.  Mr. Vierra was
sentenced in your court to a 135-month term for Conspiracy to
Distribute and Possess with Intent to Distribute Methamphetamine
and a concurrent 120-month term for Felon in Possession of a
Firearm.

     Unfortunately, we were unable to follow the Court's
recommendation.  Mr. Vierra has been classified as a medium
security level offender.  The facility recommended by the Court
houses low security level offenders and is currently experiencing
population pressures.  Accordingly, Mr. Vierra has been
designated to the medium security level facility in Herlong,
California.

     Although we were unable to follow the Court's recommendation
in this case, please be assured of our continued commitment to
satisfy judicial recommendations whenever possible.

                              Sincerely,

                              *[signature]*

                            𝄌 Rebecca Tamez
                              Chief

hlr
cc:  Warden, FCI Herlong