EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE NAKAKUNI #2286
Chief, Drug/Organized Crime Section

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00400-01 HG |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION TO |
| | ) | VACATE ORDER FOR DISMISSAL |
| v. | ) | FILED ON SEPTEMBER 15, 2006 |
| | ) | and ORDER; CERTIFICATE OF |
| SHAM VIERRA,         (01) | ) | SERVICE |
| | ) | |
| Defendant. | ) | |
| | ) | |

**GOVERNMENT'S MOTION TO VACATE ORDER FOR DISMISSAL FILED ON SEPTEMBER 15, 2006**

The UNITED STATES Of AMERICA hereby moves to vacate the Order for Dismissal filed on September 15, 2006 on the grounds that it was erroneously filed.  Defendant SHAM VIERRA pled guilty to an Information, Cr. No. 06-00006 HG, on January 18, 2006, pursuant to a plea agreement, and also pled guilty to Count 1 of the Indictment.  Counts 4 to 8 of the Indictment were dismissed at sentencing.  Subsequently, the U.S. Attorney's Office

mistakenly moved for dismissal of all counts of the Indictment, which the Court granted in its Order dated September 14, 2006.

The United States respectfully moves this Court to vacate its September 15, 2006 Order dismissing the Indictment only as to Count 1.  Accordingly, only Counts 4-8 of the Indictment are dismissed by the terms of this Court's Order.

DATED:  October 18, 2006, at Honolulu, Hawaii.

                                      Respectfully submitted,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By  /s/ Kenneth M. Sorenson
   KENNETH M. SORENSON
   Assistant U.S. Attorney

APPROVED AND SO ORDERED:



  /s/ Helen Gillmor
Chief United States District Judge

CERTIFICATE OF SERVICE

       I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

       Samuel King, Jr., Esq.
       345 Queen St., Suite 304
       Honolulu, Hawaii   96813

       Attorney for Defendant
       SHAM VIERRA

   DATED:  October 18, 2006, at Honolulu, Hawaii.

                                                                              _____