EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00400-01 HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| SHAM VIERRA,      (01) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I hereby certify that the Government's Motion to Vacate Order for Dismissal Filed on September 15, 2006 and Order was signed and filed on October 20, 2006 and was served on the following counsel on October 20, 2006:

Served by First Class mail:

    Samuel King, Jr., Esq.
    735 Bishop Street
    Suite 304
    Honolulu, HI   96813

    Attorney for Defendant
    SHAM VIERRA

        DATED:  October 20, 2006, at Honolulu, Hawaii.


                                                 /s/ Dawn M. Aihara