ORIGINAL   SEALED
BY ORDER OF THE COURT

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF** HAWAII

UNITED STATES OF AMERICA

V.

SHAM VIERRA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 6 2007

SUE BEITIA, CLERK

**WARRANT FOR ARREST**

CR 04-400 HG -01

CASE NUMBER: MAG No. 04-644

To: The United States Marshal
and any Authorized United States Officer

at 10 o'clock and 00 min A M

YOU ARE HEREBY COMMANDED to arrest  SHAM VIERRA
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

U.S. MARSHALS SERVICE
HONOLULU, HI
2004 SEP 28 PM 1:27
RECEIVED

charging him or her with (brief description of offense)
conspiring to distribute and to possess with intent to distribute 50 grams or more of methamphetamine. In violation of

In violation of
Title  21  United States Code, Section(s)  846

LESLIE E. KOBAYASHI
Name of Issuing Officer

Leslie E. Kobayashi
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

9/28/04   Honolulu, HI
Date and Location

Bail fixed at $ to be determined  by  duty judge
                                       Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | Special Agent Rachel A Byrd | Rachel S Byrd |
| DATE OF ARREST SEP 3 0 2004 | | |

This form was electronically produced by Elite Federal Forms, Inc.